ORIGINAL

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 OCT 24 PM 2: 27
CLERK_____
SO. DIST. OF GA.

DANNY WILLIAMS,

    Plaintiff,

v.                  Case No. CV607-045

BILLY BROWN,
WAYNE JOHNSON, AND
BILLY TOMPKINS,

    Defendants.

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 24 day of Oct., 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA